IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 20-cr-0292-WJM

UNITED STATES OF AMERICA

    Plaintiff,

v.

**11. KEVEN ALEXANDER PEREZ,**

    Defendant.

---

### ORDER DENYING MOTION FOR SENTENCE REDUCTION

---

Before the Court is Defendant Keven Alexander Perez's *pro se* motion for a sentence reduction under Amendment 821 and the compassionate release statute ("Motion"). (ECF No. 973.) The Government did not file a response. For the following reasons, the Motion is denied.

While Perez's three-page motion asks for a sentence reduction under Amendment 821 and the compassionate release statute, 18 U.S.C. § 3553(a), he does not present any argument or explanation for why the Court should do so. (*See generally* ECF No. 973.) The Court is mindful that it must construe Perez's Motion liberally, as he proceeds *pro se*. *See Hall v. Bellmon*, 935 F.2d 935, 1110 (10th Cir. 1991) ("A pro se litigant's pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers."). But the Court is equally cognizant that it cannot "comb the record and craft arguments [the defendant] did not make." *United States v. Maldonado*, 2023 WL 8097096, at *3 (D. Colo. Nov. 21, 2023);

*see also Hall*, 935 P.2d at 1110 ("At the same time, we do not believe it is the proper function of the district court to assume the role of advocate for the pro se litigant."); *United States v. Dunkel*, 927 F.2d 955, 956 (7th Cir. 1991) ("Judges are not like pigs, hunting for truffles buried in briefs."), *cited with approval in United States v. Griebel*, 312 F. App'x. 93, 97 (10th Cir. 2008).

Thus, because Perez does not advance any argument whatsoever in his Motion, the Court summarily denies it. *United States v. Nemeckay*, 2021 WL 5961463, at *2 n.18 (D. Utah Dec. 16, 2021) (declining to consider undeveloped arguments).

For these reasons, the Court DENIES the Motion. (ECF No. 973.)

Dated this 28th day of May, 2025.

BY THE COURT:

_____
William J. Martínez
Senior United States District Judge

2